Gloria R. Buckley, Esq.
GRB-8973
Robert L. Grundlock, Jr.
RG-5205
Rubin, Ehrlich & Buckley, P.C.
Crossroads Corporate Center
3150 Brunswick Pike, Suite 310
Lawrenceville, New Jersey 08648
(609) 637-9500
Attorneys for the plaintiff, Federal National Mortgage Assoc.



Order Filed on January 9, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

| In Re:<br><br>EZZARD K. WILLIAMS<br>a/k/a EZZARD WILLIAMS,<br><br>Debtor, | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Case No. 15-27653-SLM<br><br>Chapter 13 |
|---|---|
| FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.<br><br>Defendant. | Adv. Pro.16- 01666-SLM |

### CONSENT ORDER

The relief set forth on the following pages is **ORDERED**.

**DATED: January 9, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The parties to Adversary Proceeding No. 16-01666, having agreed to settle and compromise their claims, hereby indicate their consent to the entry of this Order dismissing the Adversary Proceeding between them with prejudice.

In return for the dismissal of this Adversary Proceeding, and the payment of $10,000.00 on behalf of the plaintiff ("FNMA") to the defendant ("Wells Fargo"), a subordination will be executed by Wells Fargo subordinating the mortgage it now holds in favor of the mortgage held by FNMA, as further described in the Complaint filed in this Adversary Proceeding. That subordination will be recorded with the Register of Essex County.

**WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE FOREGOING ORDER.**

FRENKEL LAMBERT WEISS WEISMAN
& GORDON, LLP


By: ___/s/ Sean O'Brien_____
    Sean O'Brien, Esq.
    Attorneys for the Defendant, Wells Fargo, N.A.


RUBIN, EHRLICH & BUCKLEY, P.C.


By: ___/s/ Robert L. Grundlock, Jr._____
    Robert L. Grundlock, Jr.
    Attorneys for the defendant National Mortgage Association

2